UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:08-CR-32 |
| | ) | | (VARLAN/SHIRLEY) |
| JEREME DEAL, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation [Doc. 29] entered by United States Magistrate C. Clifford Shirley on September 3, 2008. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). Magistrate Judge Shirley recommends that the Court deny Defendant's Motion to Dismiss for Failure to State an Offense [Doc. 16] and Defendant's Motion to Suppress Defendant's Statements [of] March 21, 2006 [Doc. 18].

The Court has carefully reviewed this matter, including the underlying pleadings and other related materials. The Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court hereby adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 29], and Defendant's Motion to Dismiss for Failure to State an Offense [Doc. 16] and

Defendant's Motion to Suppress Defendant's Statements [of] March 21, 2006 [Doc. 18] are hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE